**Electronically Filed
Supreme Court
SCAD-21-0000394
13-JUL-2021
01:52 PM
Dkt. 9 ORD**

SCAD-21-0000394

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DISCIPLINARY BOARD OF THE HAWAI'I SUPREME COURT,
Petitioner,

vs.

PAUL HERRAN (Bar No. 8207),
Respondent.

---

ORIGINAL PROCEEDING
(DB NO. 21-9002)

ORDER OF TRANSFER TO INACTIVE STATUS
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon review of the June 30, 2021 petition filed by the Office of Disciplinary Counsel (ODC) on behalf of, and with the approval of, the Disciplinary Board of the Hawai'i Supreme Court, requesting this court to immediately transfer Respondent Paul Herran to inactive status, pursuant to Rules 2.19 (b) and 2.19(c) of the Rules of the Supreme Court of the State of Hawai'i (RSCH), we conclude transfer to inactive status is warranted. Therefore,

IT IS HEREBY ORDERED that Respondent Paul Herran is immediately transferred to inactive status in this jurisdiction, pursuant to RSCH Rules 2.19(b) and 2.19(c), effective with the

filing of this order.  Respondent Herran shall remain on inactive status until further order of this court.

IT IS FURTHER ORDERED that ODC shall suspend and hold in abeyance proceedings against Respondent Herran to the extent required by RSCH Rule 2.19(h).

IT IS FURTHER ORDERED that the Disciplinary Board shall, pursuant to RSCH Rule 2.19(d) (2021), cause a notice of this transfer to inactive status to be published.

IT IS FINALLY ORDERED that the clerk of the court, pursuant to RSCH Rule 2.19(e), shall transmit a certified copy of this order to all judges of the State of Hawai'i and shall request their assistance and such action as may be indicated, pursuant to RSCH Rule 2.20, to protect the interests of both Respondent Herran and his clients, if any.

DATED: Honolulu, Hawai'i, July 13, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Michael D. Wilson

/s/ Todd W. Eddins

2